UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LOKERSON,<br><br>  Plaintiff,<br><br>  v.<br><br>TUCKER, et al.,<br><br>  Defendants. | No. 2:24-cv-0494 DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action under 42 U.S.C. §1983.  In an order filed April 24, 2024, this court dismissed the first amended complaint with leave to amend.  (ECF No. 9.)  In a motion filed June 3, plaintiff informed the court that he had been transferred to a new prison and did not have his legal property.  (ECF No. 13.)  This court then ordered the Office of the Attorney General to determine the status of plaintiff's request for his legal property.  (ECF No. 14.)  Both plaintiff and the Office of the Attorney General have informed the court that plaintiff is now in possession of his legal property and this case may proceed.  (ECF Nos. 15, 16.)

////

////

////

////

1

1    Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order,
2 plaintiff shall file his second amended complaint.  Plaintiff is warned that his failure to file a
3 timely second amended complaint could result in a recommendation that this action be dismissed.
4 Dated:  June 28, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/loke0494.sac ddl