Jason Lokerson #BJ0423
High Desert State Prison
Box 3030
Susanville, CA 96127



**FILED**
APR 07 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

Office of the Clerk
United States District Court
Eastern District of California
501 "I" Street, #4-200
Sacramento, CA 95814

RE: Jason Lokerson (#BJ0423) v. Tucker, et al.
USDC East. D. of CA, Case No. 2:24-cv-00494-SCR

April 2, 2025

To the Clerk of the Court:

I am an inmate in CDCR custody proceeding pro se and in forma pauperis in the above-named action. Can you send me a copy of the local rules of this court? I have no internet access here and I must also apologize because I have no way to provide for return postage, or to cover the cost to produce a copy, either.

Thank you,

Sincerely,

Jason Lokerson #BJ0423
Box 3030
Susanville, CA 96127