**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON LOKERSON, | No. 2:24-cv-0494 SCR P |
| Plaintiff, | |
| v. | |
| TUCKER, et al., | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendants. | **AD TESTIFICANDUM** |

Jason Lokerson, CDCR # BJ-0423 a necessary and material witness in a settlement conference in this case October 7, 2025, is confined in High Desert State Prison (HDSP), in the custody of the Warden. In order to secure this incarcerated person's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the incarcerated person before Magistrate Judge Jeremy D. Peterson, by Zoom video conference from his place of confinement, on Tuesday, October 7, 2025 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the individual named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this individual and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at High Desert State Prison at (530) 251-5031 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Nic Cannarozzi, Courtroom Deputy, at ncannarozzi@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, HDSP, P. O. Box 750, Susanville, California 96127:**

**WE COMMAND** you to produce the individual named above to testify before Judge Peterson at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the individual and have been ordered to provide the new custodian with a copy of this writ.

DATED: September 10, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE