UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LOKERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>TUCKER, et al.,<br><br>    Defendants. | No. 2:24-cv-0494-SCR<br><br><br>ORDER |

    Plaintiff is an incarcerated individual representing himself in this civil rights action filed pursuant to 42 U.S.C. § 1983. On March 11, 2025, this matter was referred to the post-screening ADR pilot project and stayed. ECF No. 16. The settlement conference was originally scheduled for August 12, 2025, but it had to be rescheduled due to the court's unavailability. ECF No. 34. As a result, the stay of this action was extended on August 20, 2025 pending further order of the court. ECF No. 37. The settlement conference was conducted on November 10, 2025, but the case did not settle. ECF No. 20. As a result, the stay of this action is lifted. Defendants shall file a responsive pleading within thirty days.

    During the stay of this action, plaintiff filed numerous requests that are pending before the court. Plaintiff has filed two separate requests for the issuance of blank subpoena forms. ECF Nos. 35, 48. As the court previously indicated, both of these requests are premature as no Discovery and Scheduling Order has been issued in this case. See ECF No. 30 (Minute Order

denying prior request for blank subpoenas). Plaintiff may be able to obtain the information he is seeking through the discovery process in this case absent the need for additional subpoenas. However, the discovery process cannot commence until defendants have answered the second amended complaint. Therefore, plaintiff's requests for subpoenas are denied without prejudice as premature.

Additionally, plaintiff's motion challenging the court's order extending the stay of this matter pending a settlement conference is now moot since the stay is being lifted as part of this order. ECF No. 38. To the extent plaintiff requests that he be permitted to engage in limited formal discovery, the request is denied. A Discovery and Scheduling Order will be issued by the court after defendants have answered the second amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action is lifted.

2. Defendants shall file a responsive pleading within thirty days from the date of this order.

3. Plaintiff's requests for subpoenas (ECF Nos. 35, 48) are denied without prejudice as premature.

4. Plaintiff's motion to lift the stay (ECF No. 38) is denied as moot and his request to engage in limited formal discovery is denied until such time as the court issues a Discovery and Scheduling Order.

DATED: November 21, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE